PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WU SUN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARCO RUBIO, Secretary of the United States Department of State, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-01155 PCP<br><br>**STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 26, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed a complaint in which they seek adjudication of their visa. On April 30, 2024, at the United States Consulate in Beijing, a consular officer refused Plaintiff Zhang's visa pursuant to 8 U.S.C. § 1201(g). The parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow for a potential re-adjudication of Plaintiff's visa. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 26, 2025, at which time the parties will file a joint status report with the Court. At that time,

Stipulation to Stay
C 5:25-cv-01155 PCP                                                1

the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 23, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 23, 2025

/s/ Justin X. Wang
JUSTIN X. WANG
Attorney for Plaintiffs

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 27, 2025

P. CASEY PITTS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 5:25-cv-01155 PCP                      2